UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>        Plaintiff,<br><br>   v.<br><br>LYNN SIMMONS,<br><br>        Defendant.<br>_____ / | No. C 12-4351 YGR (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complaint within 30 days or face dismissal of the action. More than 30 days have passed and plaintiff has not filed a complaint. Accordingly, the action is DISMISSED without prejudice. Plaintiff's motion for an extension of time to file a complaint (Docket No. 3) is DENIED. Because this dismissal is without prejudice, plaintiff may move to reopen the action by filing a complaint. The Clerk shall terminate Docket No. 3, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED:   November 16, 2012

                                                                **YVONNE GONZALEZ ROGERS**
                                                                **UNITED STATES DISTRICT COURT JUDGE**