**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   SENARBLE CAMPBELL,                              No. C 12-4351 YGR (PR)

12            Plaintiff,                             **ORDER OF DISMISSAL**

13        v.

14   LYNN SIMMONS,

15            Defendant.
                                                /
16

17          This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state

18   prisoner.  Plaintiff was ordered to file a complaint within 30 days or face dismissal of the

19   action.  More than 30 days have passed and plaintiff has not filed a complaint.  Accordingly,

20   the action is DISMISSED without prejudice.  Plaintiff's motion for an extension of time to

21   file a complaint (Docket No. 3) is DENIED.  Because this dismissal is without prejudice,

22   plaintiff may move to reopen the action by filing a complaint.  The Clerk shall terminate

23   Docket No. 3, enter judgment in favor of defendants, and close the file.

24        **IT IS SO ORDERED**.

25   DATED:        November 16, 2012

26                                            **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**
27

28

                                                          No. C 12-4351 YGR (PR)
                                                          ORDER OF DISMISSAL