UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, | No. C 12-4351 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LYNN SIMMONS, | |
| Defendant. / | |

The action having been dismissed, the Court hereby enters judgment in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: November 16, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

No. C 12-4351 YGR (PR)
JUDGMENT